CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
July 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MAURICE PRESTON SCOTT,** | |
| Plaintiff, | Case No. 7:25CV00432 |
| v. | **OPINION** |
| **COMMONWEALTH OF VA.,** | JUDGE JAMES P. JONES |
| Defendant. | |

The Petitioner, a Virginia prison inmate, has filed a Petition seeking review of an order of the Supreme Court of Virginia refusing his appeal of a decision of a Virginia circuit court.

This Court has no subject-matter jurisdiction for direct review of the decision of a state court on behalf of the party who lost the decision.

Accordingly, the Petition must be dismissed. A separate order will be entered herewith.

DATED: July 8, 2025

/s/   JAMES P. JONES
Senior United States District Judge